VENABLE LLP
Ronald W. Taylor
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Tel: (410) 244-7654
Fax: (410) 244-7742
rwtaylor@venable.com

KAMER ZUCKER ABBOTT
R. Todd Creer            #10016
Dare E. Heisterman     #14060
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
tcreer@kzalaw.com
dheisterman@kzalaw.com

*Attorneys for Defendant Whiting-Turner Contracting Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RHONDA SEYMOUR,<br><br>                    Plaintiff,<br>     vs.<br>WHITING-TURNER CONTRACTING CO., *et al.*,<br><br>                    Defendants. | Case No. 2:21-cv-01486-APG-DJA<br><br>**JOINT STIPULATION OF DISMISSAL** |

      Pursuant to Fed. R. Civ. P. 41, Defendant Whiting-Turner Contracting Company and Plaintiff Rhonda Seymour, through their undersigned counsel, hereby stipulate that this case be dismissed with

///

///

///

///

///

prejudice with respect to all claims, with each party to bear its own costs, including attorneys' fees.

DATED this 1st day of February, 2022.

Respectfully submitted,

**HUTCHINGS LAW GROUP, LLC**

By:  /s/ Mark H. Hutchings
    Mark H. Hutchings     #12783
    300 South 4th Street, Suite 1400
    Las Vegas, Nevada 89101

*Counsel for Plaintiff*

**VENABLE LLP**

By:  /s/ Ronald W. Taylor
    Ronald W. Taylor MD03890 (PHV)
    750 East Pratt Street, Suite 900
    Baltimore, Maryland 21202
    Tel: (410) 244-7742
    Fax: (703) 821-8949
    rwtaylor@venable.com

*Counsel for Defendant Whiting-Turner Contracting Co.*

**KAMER ZUCKER ABBOTT**

By:  /s/ R. Todd Creer
    R. Todd Creer          #10016
    Dare E. Heisterman     #14060
    3000 West Charleston Boulevard, Suite 3
    Las Vegas, Nevada 89102
    Tel: (702) 259-8640
    Fax: (702) 259-8646

*Local Counsel for Defendant Whiting-Turner Contracting Co.*

**IT IS SO ORDERED.**

February 2, 2022
DATE

_____
U.S. DISTRICT JUDGE